NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS F. MEDLIN,                           )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No. 2D17-3543
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Donald G. Jacobsen, Judge.

Thomas F. Medlin, pro se.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and BLACK, JJ., Concur.